**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**PRESTON ASEVEDO**                                    **CIVIL ACTION**

**VERSUS**                                             **NO. 12-2005**

**NBCUNIVERSAL MEDIA, L.L.C., ET AL.**                 **SECTION  "I" (3)**

### REPORT AND RECOMMENDATION

Before the Court by referral from the District Court [Doc. #56] is NBCUniversal and Syfy's Motion for Extension of Time to Exchange Rule 26(a)(1)(A) Initial Disclosures Pending Ruling on Jurisdiction and Venue [Doc. #53].  Counsel for plaintiff has informed the Court that he takes no position with regard to the motion.  Considering the resources of the parties and of this Court,

**IT IS RECOMMENDED** that NBCUniversal and Syfy's Motion for Extension of Time to Exchange Rule 26(a)(1)(A) Initial Disclosures Pending Ruling on Jurisdiction and Venue [Doc. #53] be GRANTED.

**IT IS FURTHER RECOMMENDED** that defendants serve on plaintiff their initial disclosures **no later than five (5) days** after the District Court rules on the motion to dismiss and/or improper venue, should circumstances so warrant.

### NOTICE OF RIGHT TO OBJECT

Objections must be: (1) specific, (2) in writing, and (3) served within fourteen (14) days after

being served with a copy of this report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 1(a), 6(b) and 72(b). A party's failure to object bars that party from: (1) entitlement to *de novo* review by a district judge; and (2) appellate review of the un-objected-to factual findings and legal conclusions accepted by the district court, except upon grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 29th day of January, 2013.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**