UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESTON ASEVEDO** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-2005** |
| **NBCUNIVERSAL MEDIA, LLC, ET AL.** | **SECTION I** |

## ORDER

Considering the report and recommendation of the U.S. Magistrate Judge relative to defendants' motion[1] for an extension of the deadlines to exchange Rule 26 initial disclosures,

**IT IS ORDERED** that the U.S. Magistrate Judge's report and recommendation is **ADOPTED.** Defendants will serve on plaintiff their initial disclosures **no later than Friday, February 8, 2013**.

**IT IS FURTHER ORDERED** that all other dates and deadlines remain intact.

New Orleans, Louisiana, February 4, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 53.

1